JANIE GILL, ADMINISTRATRIX OF MARTHA GILL, v. CEASES'
LUNCH SYSTEM, INC.

(Filed 26 October, 1927.)

APPEAL by plaintiff from *Sinclair, J.,* at May Special Term, 1927, of DURHAM.

*Brawley & Gantt for plaintiff.*
*Fuller, Reade & Fuller for defendant.*

PER CURIAM. This was an action for the recovery of damages for the death of the plaintiff's intestate alleged to have been caused by her eating unwholesome food negligently provided in the defendant's cafeteria. At the close of the evidence the action was dismissed as in case of nonsuit. The judgment is affirmed on the authority of *Lamb v. Boyles,* 192 N. C., 542. See annotation in 49 A. L. R., 592.

Affirmed.